UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Alberto Gonzalez and Paulino Gonzalez,

                              Plaintiffs,                  JUDGMENT

v.                                                    23-cv-00870-HG

FRPP, INC. (DBA Goodfella's) and Frank Rizzuto,

                              Defendants.
----------------------------------------------------------------X

       On December 20, 2023, the Plaintiffs filed a notice of acceptance of Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

       NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

       That the Plaintiffs, Alberto Gonzalez, and Paulino Gonzalez, have a judgment against FRPP, INC. (DBA Goodfella's) and Frank Rizzuto, jointly and severally, in the amount of Twenty-Five Thousand Dollars and n o c ents ($25,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
        January 8, 2024                                          Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk